**JOHN D. SULLIVAN**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: John.Sullivan2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# FILED

**JUL 1 9 2018**

Clerk, U.S. Courts
District Of Montana
Billings Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JAMES FRANKLIN SCHLENSKER,**<br><br>**Defendant.** | CR 18-96-BLG-SPW<br><br>**INDICTMENT**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>**(Count I)**<br>**Title 21 U.S.C. § 841(a)(1)**<br>**(Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)**<br><br>**POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>**(Count II)**<br>**Title 18 U.S.C. § 924(c)(1)(A)(i)**<br>**(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)** |

1

| | FORFEITURE ALLEGATION |
| --- | --- |
| | **Title 21 U.S.C. §§ 853 and 881(a)(11)** |

THE GRAND JURY CHARGES:

## COUNT I

That on or about July 1, 2018, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, JAMES FRANKLIN SCHLENSKER, knowingly possessed, with the intent to distribute, 50 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

That on or about July 1, 2018, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, JAMES FRANKLIN SCHLENSKER, knowingly possessed a firearm, a Springfield Armory, model 1911, .45 caliber semi-automatic pistol (serial number NM301820), in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely count I above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense set forth in Count I of this indictment, the defendant, JAMES FRANKLIN SCHLENSKER, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11): (1) any property constituting and derived from

any proceeds obtained, directly and indirectly, as a result of the commission of the offense set forth in Count I; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, the offense alleged in Count I; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.  Said property includes $1440 in United States Currency.

Upon conviction of the offense set forth in Count II of this indictment, the defendant, JAMES FRANKLIN SCHLENSKER , shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____

Warrant: USMS custody

Bail: _____

3