

FILED

AUG 23 2018

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES FRANKLIN SCHLENSKER,<br><br>Defendant. | Case No. CR-18-96<br><br>CONSENT TO RULE 11<br>PLEA IN A FELONY CASE<br>MAGISTRATE JUDGE |

I hereby declare my intention to enter a plea of guilty in this case. I have been advised by my attorney and by United States Magistrate Judge Timothy Cavan of my right to enter a change of plea before a United States District Judge. I request and consent to the acceptance of my guilty plea by a United States Magistrate Judge under Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge recommends acceptance of my guilty plea and orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States, will

adjudicate guilt, and will impose sentence.

DATED this _23_ day of August, 2018.

X _____
James Franklin Schlensker
Defendant

_____
Evangelo Arvanetes
Attorney for Defendant

APPROVED:

_____
Assistant United States Attorney