## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-96-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | |
| **JAMES FRANKLIN SCHLENSKER,** | **ORDER** |
| **Defendant.** | |

The United States has filed an Unopposed Motion for Dismissal of

Forfeiture Proceedings (Doc. 33). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned

case is **DISMISSED with prejudice**.

DATED this _3rd_ day of October, 2019.

SUSAN P. WATTERS
United States District Court Judge

1